## THE MOUNT EDEN.

### BARRON et al. v. THE MOUNT EDEN.

(District Court, N. D. California.   March 15, 1898.)

No. 11,418.

1. COSTS IN ADMIRALTY—DOCKET FEES.
   A proctor representing more than one libelant on final hearing, though under independent libels, is entitled to but one docket fee of $20.

2. SAME.
   A "final hearing," within Rev. St. § 824, upon which the libelant's proctor becomes entitled to a docket fee, is a submission of the case for determination on the merits, or the submission of some question the disposition of which finally ends the case. A proceeding before a commissioner on a reference is not such a final hearing.

This was a libel in rem by James G. Barron and others against the steamer Mount Eden.   The cause was heard on a motion to retax costs.

H. W. Hutton, for the motion.

DE HAVEN, District Judge.   Section 824 of the United States Revised Statutes provides that upon a final hearing in admiralty, where the libelant recovers $50 or more, a docket fee of $20 may be allowed to his proctor; and, if less than $50 is recovered, then the docket fee of the proctor shall be only $10.   The docket fee thus allowed is the individual property of the proctor, not that of the libelant (Aiken v. Smith, 6 C. C. A. 414, 57 Fed. 423); and where a proctor, upon such final hearing, represents more than one libelant, although such libelants may have filed independent libels in the proceeding, he is entitled to have allowed and taxed but one docket fee.   A proceeding before a commissioner upon a reference is not a final hearing, and no docket fee can be allowed a proctor for attendance upon such a proceeding.   A final hearing, within the meaning of the statute, is a submission of a case for determination upon its merits, or the submission of some question, the disposition of which finally ends the case.   Coy v. Perkins, 13 Fed. 111.   Motion to retax costs denied.